UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, A CONNECTICUT CORPORATION<br><br>Plaintiff,<br>v.<br><br>F.F. DEVELOPMENT, LP., A DELAWARE LIMITED PARTNERSHIP,<br><br>Defendants. | Case No.: 12-CV-02188-LHK<br><br>ORDER TO SHOW CAUSE |

On May 2, 2012, Plaintiff Travelers Indemnity Company of Connecticut ("Travelers") filed its complaint in this matter. 160 days have passed since the filing of the complaint, but no proof of service has been filed.

Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 120 day after it files the complaint. A court must dismiss a case without prejudice if a plaintiff has not complied with Rule 4(m), unless the plaintiff shows good cause for its failure to serve defendant. Fed. R. Civ. P. 4(m). Under Rule 4(m), Travelers was required to have filed proof of service by August 30, 2012. Travelers did not.

Further, Travelers failed to file a case management statement as required by Civil Local Rule 16-9(a), and failed to appear at the Case Management Conference scheduled for October 10, 2012. Accordingly, the Court ORDERS Travelers to show cause why this action should not be

1

Case No.: 12-CV-02188-LHK
ORDER TO SHOW CAUSE

dismissed with prejudice for failure to prosecute.  Travelers must respond by October 31, 2012.  The Court will hold a hearing on Travelers' response on November 7, 2012, at 2:00 p.m.  Failure to respond by the deadline or to appear at the hearing will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: October 10, 2012

_____
LUCY H. KOH
United States District Judge