**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Suzanne J. Reuben (SBN 245660)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
sreuben@aguileragroup.com

Attorneys for Plaintiff TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F.F. DEVELOPMENT L.P., a Delaware limited partnership; and DOES 1 through 10 inclusive,<br><br>Defendant | Case No.: 5:12-cv-02188-LHK<br><br>[PROPOSED] ORDER RE: CONTINUANCE OF ORDER TO SHOW CAUSE |

Having reviewed the Declaration of Suzanne J. Reuben Re: Order to Show Cause, and good cause existing therefore,

IT IS HEREBY ORDERED, that the Order to Show Cause hearing currently set for January 16, 2013, be continued to February 13, 2013.

No further extensions will be granted.

Dated: January 11, 2013

_Lucy H. Koh_
Hon. Lucy H. Koh
Judge of the District Court